### 13005.   STALLINGS *v.* THE STATE.

BROYLES, C. J.  The verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial shows reversible error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 17, 1922.

Indictment for assault and battery; from Cobb superior court — Judge Blair.   October 8, 1921.

*Morris & Hawkins,* for plaintiff in error.

*John S. Wood, solicitor-general, Lindley W. Camp, Clay & Blair,* contra.

---

### 13010.   FLOURNOY *v.* THE STATE.

A conviction of bigamy was authorized in this case.

DECIDED JANUARY 17, 1922.

Indictment for bigamy; from Wilkes superior court — Judge Shurley.   September 23, 1921.

*Frank H. Colley, Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

LUKE, J.  This case is here upon the general assignment of error that the verdict was unauthorized by the evidence.  The evidence fully authorized the verdict, indeed it almost demanded the defendant's conviction.  It was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*